# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152094(14)

*In re* KEVIN J. RIEMAN

_____

ATTORNEY GRIEVANCE COMMISSION,
      Petitioner.

_____/

SC: 152094
ADB: 15-9-GA

      On order of the Chief Justice, the motion of petitioner to extend the time for filing its response, as directed by this Court's order of June 22, 2016, is GRANTED. The response will be accepted as timely filed if submitted on or before August 17, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    July 15, 2016            

                                    Clerk